# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Dante Elliott-Pope<br>　AKA<br>Dante Elliot-Pope<br><br>　　　　　　　　　　Defendant. | Case No. 16-cr-02184-JAH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated.

Dated: 1/25/2018

　　　　　　　　　　　　　　　　　　　　Hon. Bernard G. Skomal
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge